### 1930.   LANIER *v.* WINCHESTER.

HILL, C. J.   1. A "sugar-cane mill" of the kind described in the present trover suit becomes, when erected, a part of the realty, as expressly ruled by the Supreme Court in *Brigham* v. *Overstreet*, 128 *Ga.* 447 (57 S. E. 484, 10 L. R. A. (N. S.) 452).   Without a reservation to the contrary, such a fixture passes with the title to the realty, under a deed made by the owner of the land.   *Wolff* v. *Sampson*, 123 *Ga.* 400 (51 S. E. 335).

2. In the absence of fraud, accident, or mistake, parol evidence of the reservation of title to fixtures is inadmissible, to vary the terms of a deed.   Such stipulation should be in the deed, or set up by some collateral writing.   *Smith* v. *Odom*, 63 *Ga.* 499.

3. The nonsuit was properly awarded.                *Judgment affirmed.*

Trover; from city court of Moultrie—Judge McKenzie.   May 14, 1909.

Submitted July 16,—Decided December 24, 1909.

*T. H. Parker, A. B. Buxton,* for plaintiff.

*W. F. Way,* for defendant.